```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID J. GALLEGOS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DEBRA GAIL SIMMONS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>DEBRA GAIL SIMMONS,  )<br>  )<br>           Defendant.  )<br>_____ ) | No. 2:11-CR-00395-GGH<br><br>STIPULATION TO CONTINUE AND<br>EXCLUDE TIME<br><br><br>Date:  February 27, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, David Petersen, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for DEBRA GAIL SIMMONS, and Certified Student Attorney, David J. Gallegos, that the Court vacate the Trial Confirmation Hearing on December 5, 2011 at 9:00 a.m. and set the Trial Confirmation Hearing for February 13, 2012 at 9:00 a.m., and that the Court vacate the Jury

1  Trial on December 19, 2011 at 9:00 a.m. and set the Jury Trial for
2  February 27, 2012 at 9:00 a.m.
3       This continuance is requested because the parties are in the
4  process of plea negotiation.  The parties need more time to reach a
5  plea agreement.  The parties further agree that the time should be
6  excluded from the date of this [Proposed] Order until the Jury Trial
7  which is set for February 27, 2012, pursuant to 18 U.S.C. Section §
8  3161(h)(7)(B)(iv) because the Defense counsel needs more time to
9  communicate with Mrs. Simmons, and Local Code T4 (reasonable time to
10 prepare). The interests of justice served by granting this continuance
11 outweigh the best interests of the public and the defendant in a speedy
12 trial.  18 U.S.C. Section § 3161(h)(7)(A).

Dated:  November 28, 2011

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Linda C. Harter
                                          LINDA C. HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          DEBRA GAIL SIMMONS

                                          /s/ David J. Gallegos
                                          DAVID J. GALLEGOS
                                          Certified Student Attorney

Dated:  November 28, 2011        BENJAMIN B. WAGNER
                                 United States Attorney

                                          /s/ David Petersen
                                          DAVID PETERSEN
                                          Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  November 28, 2011         /s/ Gregory G. Hollows
                                  Gregory G. Hollows
                                  United States Magistrate Judge