```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID J. GALLEGOS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  DEBRA GAIL SIMMONS

 9

10
                  IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    ) No. 2:11-CR-00395-GGH
15                               )
              Plaintiff,         )
16                               ) STIPULATION TO CHANGE PLEA
         v.                      )
17                               )
    DEBRA GAIL SIMMONS,          ) Date:  February 27, 2012
18                               ) Time:  9:00 a.m.
              Defendant.         ) Judge: Hon. Gregory G. Hollows
19                               )
    _____)
20
```

21      IT IS HEREBY STIPULATED between the parties through their

22 respective counsel, David Petersen, Special Assistant United States

23 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24 attorney for DEBRA GAIL SIMMONS, and Certified Student Attorney, David

25 J. Gallegos, that the Court vacate the trial confirmation hearing on

26 February 13, 2012 at 9:00 a.m., and vacate the jury trial on February

27 27, 2012 at 9:00 a.m., and set a change of plea hearing for February

28 27, 2012 at 9:00 a.m.

```
Dated:  January 19, 2012
                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Linda Harter
                                     LINDA HARTER
                                     Chief Assistant Federal Defender
                                     Attorney for Defendant
                                     DEBRA GAIL SIMMONS

                                     /s/ David J. Gallegos
                                     DAVID J. GALLEGOS
                                     Certified Student Attorney

Dated:  January 19, 2012             BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ David Petersen
                                     DAVID PETERSEN
                                     Special Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: January 20, 2012

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stip to Change Plea                    -2-