DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEBRA GAIL SIMMONS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-0395-GGH |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE AND |
| v. ) | EXCLUDE TIME |
| ) | |
| DEBRA GAIL SIMMONS, ) | |
| ) | Date: March 12, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Gregory G. Hollows |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Nicholas Fogg, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for DEBRA GAIL SIMMONS, that the Court vacate the change of plea hearing on February 27, 2012 at 9:00 a.m. and set a change of plea hearing for March 12, 2012 at 9:00 a.m.

This continuance is requested because the defendant lives in Dorris, CA and has a medical condition that prevents her from traveling long distances without proper medical preparation. The defense needs time so we can obtain a waiver for her appearance at the hearings. The parties further agree that the time should be excluded from the date of this [Proposed] Order until the change of plea hearing which is set for March 12, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare).  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section § 3161(h)(7)(A).

Dated:  February 17, 2012          DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Linda Harter
                                   LINDA C. HARTER
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant
                                   DEBRA GAIL SIMMONS

Dated:  February 17 2012           BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Nicholas Fogg
                                   NICHOLAS FOGG
                                   Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: February 22, 2012

                                   /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE

Name of Pleading                   -2-