```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID J. GALLEGOS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  DEBRA GAIL SIMMONS

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    ) No. 2:11-CR-00395-GGH
15                               )
              Plaintiff,         )
16                               ) ORDER
         v.                      )
17                               )
    DEBRA GAIL SIMMONS,          ) Date:  June 4, 2012
18                               ) Time:  9:00 a.m.
              Defendant.         ) Judge: Hon. Gregory G. Hollows
19                               )
    _____ )
20
```

21      Defendant has filed a waiver of appearance in this misdemeanor
22 action.  Nevertheless, in Class A misdemeanor actions involving fraud
23 in which the government has suffered significant loss, the
24 undersigned's policy is to require personal appearance despite that
25 fact that Fed.R.CrimP. 43(b)(2) would allow a misdemeanor defendant to
26 never appear if the court so permitted.  In this case, however, an
27 exception will be made due to the showing of defendant's medical
28 problems.  The defendant, DEBRA GAIL SIMMONS, will be permitted to

waive her personal appearance at her judgment and sentencing hearing on June 4, 2012 at 9:00 a.m. before this Court and shall appear telephonically.

IT IS SO ORDERED.

Dated: May 16, 2012

                                    /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE

Order                                  -2-